UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JARIAN TARRYL ROYA,

        Plaintiff,                      No. C 08-4340 PJH (PR)

  v.                                  **ORDER OF TRANSFER**

STEFFEN SCOTT, MITCHELL SCOTT, and STANISLAUS COUNTY,

        Defendants.
                                   /

        This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred in Modesto, California, which lies within the venue of the United States District Court for the Eastern District of California. Defendants, who are a judge and a defense attorney, appear to reside there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

        This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

        **IT IS SO ORDERED.**

Dated: September 23, 2008.
                                               PHYLLIS J. HAMILTON
                                               United States District Judge

G:\PRO-SE\PJH\CR.08\ROYA4340.TRN.wpd